**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Erica ROBERSON, a.k.a. Tequila,**
**Defendant–Appellant.**

No. 11–14281
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 3, 2012.

Peggy Morris Ronca, Assistant U.S. Attorney, Daniel C. Irick, U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Charles E. Taylor, Jr., Law Office of Charles E. Taylor, Jr., Orlando, FL, for Defendant–Appellant.

Before PRYOR, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Charles Taylor, appointed counsel for Erica Roberson in this direct appeal, has moved to withdraw from further representation of the appellant, and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Roberson's conviction and sentence are **AFFIRMED.**